

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica Mikulsky, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>V.<br><br>Bloomingdale's LLC,<br><br>Defendant. | Civil Action No.   23-cv-0425-L-VET<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion to dismiss for failure to state a claim is GRANTED. Leave to amend is DENIED.

Date:   5/14/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ D. Martinez
D. Martinez, Deputy