**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** SOUTHERN CALIFORNIA

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: 3:23-cv-00425-L-VET

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/08/2023

Date of judgment or order you are appealing: 05/14/2024

Docket entry number of judgment or order you are appealing: 46 and 47

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Erica Mikulsky, Plaintiff

Is this a cross-appeal?  ○ Yes   ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ☉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:        State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Steven M. Nathan        **Date** 06/05/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                      Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Erica Mikulsky, Plaintiff

Name(s) of counsel (if any):

> Steven M. Nathan, Hausfeld

Address: 33 Whitehall Street, 14th Floor, New York, NY 10004

Telephone number(s): (646) 357-1100

Email(s): snathan@hausfeld.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Bloomingdales.com, LLC and Bloomingdale's, LLC

Name(s) of counsel (if any):

> Emily Johnson Henn, Covington & Burling LLP

Address: 3000 El Camino Real, 5 Palo Alto Sq., 10th Floor, Palo Alto, CA 94306

Telephone number(s): (650) 632-4700

Email(s): ehenn@cov.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

---

**Form 6**                                          1                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Erica Mikulsky, Plaintiff

Name(s) of counsel (if any):

James J. Pizzirusso, Hausfeld

Address: 888 16th Street, N.W. Suite 300, Washington, DC 20006

Telephone number(s): (202) 540-7200

Email(s): jpizzirusso@hausfeld.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Bloomingdales.com, LLC and Bloomingdale's, LLC

Name(s) of counsel (if any):

Cortlin Lannin, Covington & Burling LLP; Matthew Q. Verdin, Covington & Burling LLP

Address: 415 Mission Street, Suite 5400, San Francisco, CA  94105-2533

Telephone number(s): (415) 591-6000

Email(s): clannin@cov.com; mverdin@cov.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                            2                                            *New 12/01/2018*